IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DANNY L. SMITH, #176952,              )
                                       )
       Petitioner,                    )
                                       )
v.                                     )      CIVIL ACTION NO.  3:11cv608-WHA
                                       )
J. C. GILES, et al.,                   )                  (WO)
                                       )
       Respondents.                   )

## JUDGMENT

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 21st day of November, 2013.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE